# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

FILED '10 OCT 07 17:15USDC·ORP

### PORTLAND DIVISION

| | |
|---|---|
| LAUREN ROTHER, KRYSTAL COLEMAN, ALLA DANCU, JAMES JACKSON, RICKY FULLER, LAURIE GALTELAND, MARY SAFATY, MARGRETTA PFEFFER, GOYH SAEPHANH, JONATHAN THOMAS NICHOLS, TRISTA FLORES, MICQUAEL WALKER, NAI SAECHAO, JOEY LAW, DAVID PITTS, TIMOTHY JONES, JENNIFER MANEJA, SUSAN MATHENGE, AKIRA OKAZAKI, and DANA THOMPSON,<br><br>Plaintiffs,<br>vs.<br><br>LESLIE LUPENKO; ANDREI LUPENKO; and TELELANGUAGE INC., an Oregon corporation,<br><br>Defendants. | Case No. 08-CV-161-MO<br><br>VERDICT FORM |

**Krystal Coleman**

1.    Did Telelanguage improperly fail to pay Krystal Coleman for time spent on lunch breaks of less than 30 minutes during which she was not performing work?

Yes___✔___                    No_____

2.    If your answer to the above question is "Yes," what is the total amount of Oregon unpaid wages currently owed to Krystal Coleman due to unpaid breaks?

(A) $5.32          (B) None          (B) Other (write amount)_____

3.    Did Telelanguage fail to provide Krystal Coleman with all wages earned and unpaid at termination within the period of time required by Oregon law?

Yes___✔___                    No_____

4.    If your answer to the above question is "Yes," what is the total amount of Oregon penalty wages currently owed to Krystal Coleman for unpaid wages at termination violations?

(A) $2,640.00          (B) None          C (B) Other (write amount) $352.00

5.    If your answer to any of the above questions is "Yes," what is the total amount of Oregon prejudgment interest currently owed to Krystal Coleman?

(A) $458.58          (B) None          C (B) Other (write amount) $64.32

**Alla Dancu**

1. Did Telelanguage improperly fail to pay Alla Dancu for time spent on lunch breaks of less than 30 minutes during which she was not performing work?

   Yes___✔___                    No_____

2. If your answer to the above question is "Yes," what is the total amount of Oregon unpaid wages currently owed to Alla Dancu due to unpaid breaks?

   **(A) $182.82**        (B) None          (C) Other (write amount)_____

3. Did Telelanguage fail to pay Alla Dancu the holiday pay to which she was entitled?

   Yes___✔___                    No_____

4. If your answer to the above question is "Yes," what is the total amount of Oregon unpaid wages currently owed to Alla Dancu due to holiday pay violations?

   **(A) $88.00**        (B) None          (C) Other (write amount)_____

5. Did Telelanguage fail to pay Alla Dancu the Oregon overtime wages to which she was entitled?

   Yes___✔___                    No_____

6. If your answer to the above question is "Yes," what is the total amount of Oregon penalty wages currently owed to Alla Dancu for overtime violations?

   **(A) $2,640.00**        (B) None          (C) Other (write amount)_____

7. Did Telelanguage fail to provide Alla Dancu with all wages earned and unpaid at termination within the period of time required by Oregon law?

   Yes___✔___                    No_____

8. If your answer to the above question is "Yes," what is the total amount of Oregon penalty wages currently owed to Alla Dancu (formerly Stelya) for unpaid wages at termination violations?

   **(A) $2,640.00**  _____  _____
                    (B) None      (C) Other (write amount)

9. If your answer to any of the above questions is "Yes," what is the total amount of Oregon prejudgment interest currently owed to Alla Dancu?

   **(A) $1,925.19**  _____  _____
                    (B) None      (C) Other (write amount)

10. Did Telelanguage fail to pay Alla Dancu federal overtime wages to which she was entitled?

Yes __✔__          No_____

11. If your answer to the above question is "Yes," what is the total amount of FLSA liquidated damages currently owed to Alla Dancu for overtime violations?

(A) $114.51          (B) None          (C) Other (write amount)

12. Did Leslie Lupenko act in the interest of Telelanguage, Inc. regarding Alla Dancu, whether directly or indirectly?

| Yes | | No | |
|-----|---|-----|---|

13. Did Andrei Lupenko act in the interest of Telelanguage, Inc., regarding Alla Dancu, whether directly or indirectly?

| Yes | | No | |
|-----|---|-----|---|

**Trista Flores**

1.      Did Telelanguage improperly fail to pay Trista Flores for time spent on lunch breaks of less than 30 minutes during which she was not performing work?

    Yes___✓___                        No_____

2.      If your answer to the above question is "Yes," what is the total amount of Oregon unpaid wages from unpaid breaks currently owed to Trista Flores due to unpaid breaks?

    ((A) $92.78)            (B) None        (C) Other (write amount)

3.      Did Telelanguage fail to pay Trista Flores the Oregon overtime wages to which she was entitled?

    Yes___✓___                        No_____

4.      If your answer to the above question is "Yes," what is the total amount of Oregon penalty wages currently owed to Trista Flores for overtime violations?

    ((A) $2,640.00)            (B) None        (C) Other (write amount)

5.      Did Telelanguage fail to provide Trista Flores with all wages earned and unpaid at termination within the period of time required by Oregon law?

    Yes___✓___                        No_____

6.      If your answer to the above question is "Yes," what is the total amount of Oregon penalty wages currently owed to Trista Flores for unpaid wages at termination violations?

    (A) $2,640.00        (B) None        **$1056.00** (C) Other (write amount)

7.      If your answer to any of the above questions is "Yes," what is the total amount of Oregon prejudgment interest currently owed to Trista Flores?

    (A) $977.94        (B) None        **$700.00** (C) Other (write amount)

8.      Did Telelanguage fail to pay Trista Flores federal overtime wages to which she was entitled?

    Yes___✓___                        No_____

9.      If your answer to the above question is "Yes," what is the total amount of FLSA liquidated damages currently owed to Trista Flores for overtime violations?

 (A) $20.85    (B) None    (C) Other (write amount)

10.    Did Leslie Lupenko act in the interest of Telelanguage, Inc. regarding Trista Flores, whether directly or indirectly?



11.    Did Andrei Lupenko act in the interest of Telelanguage, Inc., regarding Trista Flores, whether directly or indirectly?



**Ricky Fuller**

1. Did Telelanguage improperly fail to pay Ricky Fuller for time spent on lunch breaks of less than 30 minutes during which he was not performing work?

   Yes __✔__                    No _____

2. If your answer to the above question is "Yes," what is the total amount of Oregon unpaid wages from unpaid breaks currently owed to Ricky Fuller due to unpaid breaks?

   (A) $47.49          (B) None          (C) Other (write amount)

3. Did Telelanguage fail to pay Ricky Fuller the holiday pay to which he was entitled?

   Yes __✔__                    No _____

4. If your answer to the above question is "Yes," what is the total amount of Oregon unpaid wages currently owed to Ricky Fuller due to holiday pay violations?

   (A) $8.25          (B) None          (C) Other (write amount)

5. Did Telelanguage fail to pay Ricky Fuller overtime to which he is entitled because it changed its workweek in August 2007?

   Yes __✔__                    No _____

6. If your answer to the above question is "Yes," what is the total amount of unpaid overtime currently owed to Ricky Fuller due to workweek changes?

   (A) $47.49          (B) None          (C) Other (write amount)

7. Did Telelanguage fail to pay Ricky Fuller the Oregon overtime wages to which he was entitled?

   Yes __✔__                    No _____

8. If your answer to the above question is "Yes," what is the total amount of Oregon penalty wages currently owed to Ricky Fuller for overtime violations?

   (A) $2,640.00          (B) None          (C) Other (write amount)

9. Did Telelanguage fail to provide Ricky Fuller with all wages earned and unpaid at termination within the period of time required by Oregon law?

Yes __✓__                    No ____

10. If your answer to the above question is "Yes," what is the total amount of Oregon penalty wages currently owed to Ricky Fuller for unpaid wages at termination violations?

_____          _____          **$ 1496.00**
(A) $2,640.00          (B) None          (C) Other (write amount)

11. If your answer to any of the above questions is "Yes," what is the total amount of Oregon prejudgment interest currently owed to Ricky Fuller?

_____          _____          **$ 1049.00**
(A) $1,656.59          (B) None          (C) Other (write amount)

12. Did Telelanguage fail to pay Ricky Fuller federal overtime wages to which he was entitled?

Yes __✓__                    No ____

13. If your answer to the above question is "Yes," what is the total amount of FLSA liquidated damages currently owed to Ricky Fuller for overtime violations?

_____          _____          _____
(A) $131.67          (B) None          (C) Other (write amount)

14. Did Leslie Lupenko act in the interest of Telelanguage, Inc. regarding Ricky Fuller, whether directly or indirectly?

| Yes | | No | |
|-----|--|----|--|

15. Did Andrei Lupenko act in the interest of Telelanguage, Inc., regarding Ricky Fuller, whether directly or indirectly?

| Yes | | No | |
|-----|--|----|--|

**Laurie Galteland**

1.    Did Telelanguage fail to pay Laurie Galteland any Oregon wages to which she was entitled?

Yes___✔___                    No_____

2.    If your answer to the above question is "Yes," what is the total amount of Oregon unpaid wages currently owed to Laurie Galteland?

(A) $16.33          (B) None          (C) Other (write amount)

3.    Did Telelanguage fail to pay Laurie Galteland the Oregon minimum wage to which she was entitled?

Yes___✔___                    No_____

4.    If your answer to the above question is "Yes," what is the total amount of Oregon penalty wages currently owed to Laurie Galteland for minimum wage violations?

(A) $2,640.00          (B) None          (C) Other (write amount)  **$ 2400.00**

5.    Did Telelanguage fail to pay Laurie Galteland Oregon overtime wages to which she was entitled?

Yes___✔___                    No_____

6.    If your answer to the above question is "Yes," what is the total amount of Oregon penalty wages currently owed to Laurie Galteland for overtime violations?

(A) $2,640.00          (B) None          (C) Other (write amount)  **$ 2400.00**

7.    Did Telelanguage fail to provide Laurie Galteland with all wages earned and unpaid at termination within the period of time required by Oregon law?

Yes___✔___                    No_____

8.    If your answer to the above question is "Yes," what is the total amount of Oregon penalty wages currently owed to Laurie Galteland for unpaid wages at termination violations?

(A) $2,640.00          (B) None          (C) Other (write amount)  **$ 480.00**

9.    If your answer to any of the above questions is "Yes," what is the total amount of Oregon prejudgment interest currently owed to Laurie Galteland?

_____     _____     *$ 2600.00*
(A) $3,134.17        (B) None        (C) Other (write amount)

10.    Did Telelanguage fail to pay Laurie Galteland the federal minimum wage to which she was entitled?

Yes __✔__                No_____

11.    If your answer to the above question is "Yes," what is the total amount of FLSA liquidated damages currently owed to Laurie Galteland for minimum wage violations?

(A) $385.61        (B) None        (C) Other (write amount)

12.    Did Telelanguage fail to pay Laurie Galteland federal overtime wages to which she was entitled?

Yes __✔__                No_____

13.    If your answer to the above question is "Yes," what is the total amount of FLSA liquidated damages currently owed to Laurie Galteland for overtime violations?

(A) $18.38        (B) None        (C) Other (write amount)

14.    Did Leslie Lupenko act in the interest of Telelanguage, Inc. regarding Laurie Galteland, whether directly or indirectly?

| (Yes) | | No | |

15.    Did Andrei Lupenko act in the interest of Telelanguage, Inc., regarding Laurie Galteland, whether directly or indirectly?

| (Yes) | | No | |

**James Jackson**

1.  Did Telelanguage fail to provide James Jackson with all wages earned and unpaid at termination within the period of time required by Oregon law?

    Yes ✓          No _____

2.  If your answer to the above question is "Yes," what is the total amount of Oregon penalty wages currently owed to James Jackson for unpaid wages at termination violations?

    (A) $1,848.00          (B) None          (C) Other (write amount)

3.  If your answer to any of the above questions is "Yes," what is the total amount of Oregon prejudgment interest currently owed to James Jackson?

    (A) $318.51          (B) None          (C) Other (write amount)

**Timothy Jones**

1.  Did Telelanguage fail to pay Timothy Jones the holiday pay to which he was entitled?

    Yes_____                    No__✔__

2.  If your answer to the above question is "Yes," what is the total amount of Oregon unpaid wages currently owed to Timothy Jones due to holiday pay violations?

    _____    _____    _____
    (A) $88.00              (B) None              (C) Other (write amount)

3.  Did Telelanguage fail to provide Timothy Jones with all wages earned and unpaid at termination within the period of time required by Oregon law?

    Yes__✔__                     No_____

4.  If your answer to the above question is "Yes," what is the total amount of Oregon penalty wages currently owed to Timothy Jones for unpaid wages at termination violations?

    _____    _____    $ 1584.00
    (A) $2,640.00          (B) None              (C) Other (write amount)

5.  If your answer to any of the above questions is "Yes" as to the Oregon claims, what is the total amount of Oregon prejudgment interest currently owed to Timothy Jones?

    _____    _____    $ 321.00
    (A) $536.00            (B) None              (C) Other (write amount)

## Joey Law

1. Did Telelanguage improperly fail to pay Joey Law for time spent on lunch breaks of less than 30 minutes during which she was not performing work?

   Yes __✓__                    No_____

2. If your answer to the above question is "Yes," what is the total amount of Oregon unpaid wages currently owed to Joey Law due to unpaid breaks?

   (A) $6.05          (B) None          (C) Other (write amount)

   *(A) $6.05 is circled)*

3. Did Telelanguage fail to pay Joey Law  Oregon overtime wages to which she was entitled?

   Yes __✓__                    No_____

4. If your answer to the above question is "Yes,"  what is the total amount of Oregon penalty wages currently owed to Joey Law for overtime violations?

   (A) $2,640.00          (B) None          (C) Other (write amount)

   *((A) $2,640.00 is circled)*

5. Did Telelanguage fail to provide Joey Law with all wages earned and unpaid at termination within the period of time required by Oregon law?

   Yes __✓__                    No_____

6. If your answer to the above question is "Yes," what is the total amount of Oregon penalty wages currently owed to Joey Law for unpaid wages at termination violations?

   (A) $2,640.00          (B) None          (C) Other (write amount) $880.00

   *((C) Other with $880.00 written and circled)*

7. If your answer to any of the above questions is "Yes," what is the total amount of Oregon prejudgment interest currently owed to Joey Law?

   (A) $1,104.69          (B) None          (C) Other (write amount) $827.00

   *((C) Other with $827.00 written and circled)*

8. Did Telelanguage fail to pay Joey Law federal overtime wages to which she was entitled?

   Yes __✓__                    No_____

9. If your answer to the above question is "Yes," what is the total amount of FLSA liquidated damages currently owed to Joey Law for overtime violations?



(A) $2.02        (B) None        (C) Other (write amount)

10. Did Leslie Lupenko act in the interest of Telelanguage, Inc. regarding Joey Law, whether directly or indirectly?



| Yes | | No | |

11. Did Andrei Lupenko act in the interest of Telelanguage, Inc., regarding Joey Law, whether directly or indirectly?



| Yes | | No | |

**Jennifer Maneja**

1. Did Telelanguage fail to provide Jennifer Maneja with all wages earned and unpaid at termination within the period of time required by Oregon law?

   Yes___✓___                    No_____

2. If your answer to the above question is "Yes," what is the total amount of Oregon penalty wages currently owed to Jennifer Maneja for unpaid wages at termination violations?

   (A) $704.00            (B) None            (C) Other (write amount)

3. If your answer to any of the above questions is "Yes," what is the total amount of Oregon prejudgment interest currently owed to Jennifer Maneja?

   (A) $158.49            (B) None            (C) Other (write amount)

## Susan Mathenge

1. Did Telelanguage fail to provide Susan Mathenge with all wages earned and unpaid at termination within the period of time required by Oregon law?

   Yes___✓___          No_____

2. If your answer to the above question is "Yes," what is the total amount of Oregon penalty wages currently owed to Susan Mathenge for unpaid wages at termination violations?

   (A) $2,640.00          (B) None          (C) Other (write amount)

3. If your answer to any of the above questions is "Yes," what is the total amount of Oregon prejudgment interest currently owed to Susan Mathenge?

   (A) $701.73          (B) None          (C) Other (write amount)

**Jonathan Thomas Nichols**

1. Did Telelanguage improperly fail to pay Jonathan Thomas Nichols for time spent on lunch breaks of less than 30 minutes during which he was not performing work?

   Yes __✔__          No_____

2. If your answer to the above question is "Yes," what is the total amount of Oregon unpaid wages currently owed to Jonathan Thomas Nichols due to unpaid breaks?

   (Ⓐ $12.10)        (B) None        (C) Other (write amount)

3. Did Telelanguage fail to pay Jonathan Thomas Nichols Oregon overtime wages to which he was entitled?

   Yes __✔__          No_____

4. If your answer to the above question is "Yes," what is the total amount of Oregon penalty wages currently owed to Jonathan Thomas Nichols for overtime violations?

   (Ⓐ $2,640.00)      (B) None        (C) Other (write amount)

5. Did Telelanguage fail to provide Jonathan Thomas Nichols with all wages earned and unpaid at termination within the period of time required by Oregon law?

   Yes __✔__          No_____

6. If your answer to the above question is "Yes," what is the total amount of Oregon penalty wages currently owed to Jonathan Thomas Nichols for unpaid wages at termination violations?

   _____      _____    ( **$ 880.00** )
   (A) $2,640.00      (B) None         (C) Other (write amount)

7. Is Jonathan Thomas Nichols entitled to Oregon prejudgment interest?

   Yes __✔__          No_____

8. If your answer to the above question is "Yes," what is the total amount of Oregon prejudgment interest currently owed to Jonathan Thomas Nichols?

   ( **$ 445.85**
   (A) ~~$45.85~~ )   (B) None        (C) Other (write amount)

9. Did Telelanguage fail to pay Jonathan Thomas Nichols federal overtime wages to which

she was entitled?

Yes ✓                        No____

10. If your answer to the above question is "Yes," what is the total amount of FLSA liquidated damages currently owed to Jonathan Thomas Nichols for overtime violations?

(A) $2.20          (B) None          (C) Other (write amount)

11. Did Leslie Lupenko act in the interest of Telelanguage, Inc. regarding Jonathan Thomas Nichols, whether directly or indirectly?

| Yes | | No | |
|-----|--|----|--|

12. Did Andrei Lupenko act in the interest of Telelanguage, Inc., regarding Jonathan Thomas Nichols, whether directly or indirectly?

| Yes | | No | |
|-----|--|----|--|

## Akira Okazaki

1.  Did Telelanguage fail to provide Akira Okazaki with all wages earned and unpaid at
    termination within the period of time required by Oregon law?

    Yes ___✔___                    No_____

2.  If your answer to the above question is "Yes," what is the total amount of Oregon penalty
    wages currently owed to Akira Okazaki for unpaid wages at termination violations?

    (A) $352.00        (B) None        (C) Other (write amount)

3.  If your answer to any of the above questions is "Yes," what is the total amount of Oregon
    prejudgment interest currently owed to Akira Okazaki?

    (A) $34.46        (B) None        (C) Other (write amount)

**Margretta Pfeffer**

1.  Did Telelanguage fail to provide Margretta Pfeffer with all wages earned and unpaid at termination within the period of time required by Oregon law?

    Yes ✓            No_____

2.  If your answer to the above question is "Yes," what is the total amount of Oregon penalty wages currently owed to Margretta Pfeffer for unpaid wages at termination violations?

    (A) $264.00        (B) None        (C) Other (write amount)

3.  If your answer to any of the above questions is "Yes," what is the total amount of Oregon prejudgment interest currently owed to Margretta Pfeffer?

    (A) $107.02        (B) None        (C) Other (write amount)

**David Pitts**

1. Did Telelanguage improperly fail to pay David Pitts for time spent on lunch breaks of less than 30 minutes during which he was not performing work?

   Yes___✔___                    No_____

2. If your answer to the above question is "Yes," what is the total amount of Oregon unpaid wages currently owed to David Pitts due to unpaid breaks?

   (A) $1.10          (B) None          (C) Other (write amount)

3. Did Telelanguage fail to pay David Pitts  Oregon overtime wages to which he was entitled?

   Yes___✔___                    No_____

4. If your answer to the above question is "Yes,"  what is the total amount of Oregon penalty wages currently owed to David Pitts for overtime violations?

   (A) $2,640.00          (B) None          **$500.00** (C) Other (write amount)

5. Did Telelanguage fail to provide David Pitts with all wages earned and unpaid at termination within the period of time required by Oregon law?

   Yes___✔___                    No_____

6. If your answer to the above question is "Yes," what is the total amount of Oregon penalty wages currently owed to David Pitts for unpaid wages at termination violations?

   (A) $2,640.00          (B) None          **$500.00** (C) Other (write amount)

7. If your answer to any of the above questions is "Yes," what is the total amount of Oregon prejudgment interest currently owed to David Pitts?

   (A) $494.18          (B) None          **$225.00** (C) Other (write amount)

8. Did Telelanguage fail to pay David Pitts federal overtime wages to which he was entitled?

   Yes___✔___                    No_____

9. If your answer to the above question is "Yes," what is the total amount of FLSA

liquidated damages currently owed to David Pitts for overtime violations?

 (A) $126.50    (B) None    (C) Other (write amount)

10. Did Leslie Lupenko act in the interest of Telelanguage, Inc. regarding David Pitts, whether directly or indirectly?

 Yes    No

11. Did Andrei Lupenko act in the interest of Telelanguage, Inc., regarding David Pitts, whether directly or indirectly?

Yes    No

**Lauren Rother**

1. Did Telelanguage improperly fail to pay Lauren Rother for time spent on lunch breaks of less than 30 minutes during which she was not performing work?

   Yes___✓___                    No_____

2. If your answer to the above question is "Yes," what is the total amount of Oregon unpaid wages currently owed to Lauren Rother due to unpaid breaks?

   (A) $4.77          (B) None          (C) Other (write amount)

3. Did Telelanguage fail to pay Lauren Rother overtime to which she is entitled because it changed its workweek in August 2007?

   Yes___✓___                    No_____

4. If your answer to the above question is "Yes," what is the total amount of unpaid overtime currently owed to Lauren Rother due to workweek changes?

   (A) $8.25          (B) None          (C) Other (write amount)

5. Did Telelanguage fail to pay Lauren Rother the Oregon overtime wages to which he was entitled?

   Yes___✓___                    No_____.

6. If your answer to the above question is "Yes," what is the total amount of Oregon penalty wages currently owed to Lauren Rother for overtime violations?

   (A) $2,640.00          (B) None          (C) Other (write amount)

7. Did Telelanguage fail to provide Lauren Rother with all wages earned and unpaid at termination within the period of time required by Oregon law?

   Yes___✓___                    No_____

8. If your answer to the above question is "Yes," what is the total amount of Oregon penalty wages currently owed to Lauren Rother for unpaid wages at termination violations?

   (A) $2,640.00          (B) None          (C) Other (write amount)

9.  If your answer to any of the above questions is "Yes," what is the total amount of Oregon prejudgment interest currently owed to Lauren Rother?

(A) $1,445.59        (B) None        (C) Other (write amount)

10. Did Telelanguage fail to pay Lauren Rother federal overtime wages to which she was entitled?

Yes  ✔                    No _____

11. If your answer to the above question is "Yes," what is the total amount of FLSA liquidated damages currently owed to Lauren Rother for overtime violations?

(A) $13.02        (B) None        (C) Other (write amount)

12. Did Leslie Lupenko act in the interest of Telelanguage, Inc. regarding Lauren Rother, whether directly or indirectly?

| Yes | No |
|-----|-----|

13. Did Andrei Lupenko act in the interest of Telelanguage, Inc., regarding Lauren Rother, whether directly or indirectly?

| Yes | No |
|-----|-----|

**Nai Saechao**

1. Did Telelanguage fail to provide Nai Saechao with all wages earned and unpaid at termination within the period of time required by Oregon law?

   Yes ✔          No_____

2. If your answer to the above question is "Yes," what is the total amount of Oregon penalty wages currently owed to Nai Saechao for unpaid wages at termination violations?

   **$1144.00**

   (A) ~~$1144,0.00~~          (B) None          (C) Other (write amount)

3. If your answer to any of the above questions is "Yes," what is the total amount of Oregon prejudgment interest currently owed to Nai Saechao?

                                                  **$283.00**

   (A) $641.25          (B) None          (C) Other (write amount)

**Goyh Saephanh**

1. Did Telelanguage fail to provide Goyh Saephanh with all wages earned and unpaid at termination within the period of time required by Oregon law?

   Yes ✔               No ____

2. If your answer to the above question is "Yes," what is the total amount of Oregon penalty wages currently owed to Goyh Saephanh for unpaid wages at termination violations?

   (A) $1,760.00            (B) None            (C) Other (write amount)

3. If your answer to any of the above questions is "Yes," what is the total amount of Oregon prejudgment interest currently owed to Goyh Saephanh?

   (A) $415.94            (B) None            (C) Other (write amount)

**Mary Safaty**

1. Did Telelanguage improperly fail to pay Mary Safaty for time spent on lunch breaks of less than 30 minutes during which she was not performing work?

   Yes ✔          No_____

2. If your answer to the above question is "Yes," what is the total amount of Oregon unpaid wages currently owed to Mary Safaty due to unpaid breaks?

   _____         _____         _____
   (A) $7.08               (B) None              (C) Other (write amount)

3. Did Telelanguage fail to pay Mary Safaty the holiday pay to which she was entitled?

   Yes_____          No_____

4. If your answer to the above question is "Yes," what is the total amount of Oregon unpaid wages currently owed to Mary Safaty due to holiday pay violations?

   _____         _____         _____
   (A) $184.00             (B) None              (C) Other (write amount)

5. What is the total amount of Oregon unpaid wages currently owed to Mary Safaty due to her raise that was $11.05 when it should have been $11.50?

   _____         _____         _____
   (A) $0.90               (B) None              (C) Other (write amount)

6. Did Telelanguage fail to pay Mary Safaty overtime to which she is entitled because it changed its workweek in August 2007?

   Yes ✔          No_____

7. If your answer to the above question is "Yes," what is the total amount of unpaid overtime currently owed to Mary Safaty due to workweek changes?

   _____         _____         _____
   (A) $20.40              (B) None              (C) Other (write amount)

8. Did Telelanguage fail to provide Mary Safaty with Oregon overtime wages to which she was entitled?

   Yes ✔          No_____

9. If your answer to the above question is "Yes," what is the total amount of Oregon penalty wages currently owed to Mary Safaty for overtime violations?

(A) $2,880.00      (B) None      (C) Other (write amount)

10. Did Telelanguage fail to provide Mary Safaty with all wages earned and unpaid at termination  within the period of time required by Oregon law?

Yes ✔          No_____

11. If your answer to the above question is "Yes," what is the total amount of Oregon penalty wages currently owed to Mary Safaty for unpaid wages at termination violations?

(A) $2,880.00      (B) None      (C) Other (write amount)

12. If your answer to any of the above questions is "Yes," what is the total amount of Oregon prejudgment interest currently owed to Mary Safaty?

(A) $3,206.09      (B) None      $ 1560.00
                                  (C) Other (write amount)

13. Did Telelanguage fail to pay Mary Safaty federal overtime wages to which she was entitled?

Yes ✔          No_____

14. If your answer to the above question is "Yes," what is the total amount of FLSA liquidated damages currently owed to Mary Safaty for overtime violations?

(A) $41.60      (B) None      (C) Other (write amount)

15. Did Leslie Lupenko act in the interest of Telelanguage, Inc. regarding Mary Safaty, whether directly or indirectly?

| Yes | | No | |
|-----|---|-----|---|

16. Did Andrei Lupenko act in the interest of Telelanguage, Inc., regarding Mary Safaty, whether directly or indirectly?

| Yes | | No | |
|-----|---|-----|---|

**Dana Thompson**

1. Did Telelanguage fail to provide Dana Thompson with all wages earned and unpaid at termination within the period of time required by Oregon law?

   Yes___✓___              No_____

2. If your answer to the above question is "Yes," what is the total amount of Oregon penalty wages currently owed to Dana Thompson for unpaid wages at termination violations?

   (A) $88.00        (B) None       (C) Other (write amount)

3. If your answer to any of the above questions is "Yes," what is the total amount of Oregon prejudgment interest currently owed to Dana Thompson?

   (A) $13.02        (B) None       (C) Other (write amount)

**Micquael Walker**

1. Did Telelanguage fail to provide Miquael Walker with all wages earned and unpaid at termination within the period of time required by Oregon law?

   Yes__✔__                    No_____

2. If your answer to the above question is "Yes," what is the total amount of Oregon penalty wages currently owed to Miquael Walker for unpaid wages at termination violations?

   (A) $616.00            (B) None            (C) Other (write amount)

3. If your answer to any of the above questions is "Yes," what is the total amount of Oregon prejudgment interest currently owed to Miquael Walker?

   (A) $71.54             (B) None            (C) Other (write amount)